```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 07331
  KARYN O DISHMAN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-3990


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/27/08 and confirmed on 06/24/08.

    2.  The case was dismissed after confirmation, 01/16/2009.

    3.  The Debtor paid a total of $  4680.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00            .00           .00
CHASE HOME EQUITY          SECURED               .00            .00           .00
CHASE HOME EQUITY          MORTGAGE ARRE         .00            .00           .00
BANK OF AMERICA            UNSECURED       NOT FILED            .00           .00
CITIFINANCIAL AUTO         UNSECURED       NOT FILED            .00           .00
WACHOVIA DEALER SERVICES   SECURED VEHIC   14570.00          491.57       3021.26
ACS                        UNSECURED       NOT FILED            .00           .00
FIA CARD SERVICES          UNSECURED       NOT FILED            .00           .00
CITIBANK                   UNSECURED       NOT FILED            .00           .00
DAVID DISHMAN              UNSECURED       NOT FILED            .00           .00
GEMB                       UNSECURED       NOT FILED            .00           .00
HSBC                       UNSECURED       NOT FILED            .00           .00
HSBC                       UNSECURED       NOT FILED            .00           .00
MCYDSNB                    UNSECURED       NOT FILED            .00           .00
SAMS CLUB                  UNSECURED       NOT FILED            .00           .00
PHARIA LLC                 UNSECURED       NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED       NOT FILED            .00           .00
UNITED STUDENT AID FUNDS   UNSECURED       NOT FILED            .00           .00
WELLS FARGO FINANCIAL      UNSECURED       NOT FILED            .00           .00

CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
     Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14570.00         .00          .00       .00     14570.00
PRINCIPAL PAID       3021.26         .00          .00       .00      3021.26
INTEREST PAID         491.57         .00          .00       .00       491.57
TOTAL PAID           3512.83         .00          .00       .00      3512.83
```

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $   3500.00 and was paid $     577.00   direct and $      908.23   through the plan.

The Trustee received $     258.94 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/12/09                      /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE